**DISMISS; and Opinion Filed July 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01317-CV**

**ARTHUR N. ASHBUOUWU, Appellant**
**V.**
**TAMRAT CHERINET, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03899-C**

**MEMORANDUM OPINION**
Before Chief Justice Wright and Justices FitzGerald and Lewis
Opinion by Justice Lewis

The filing fee in this case is past due. By postcard dated September 26, 2012, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 26, 2012 we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of her appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/David Lewis/
DAVID LEWIS
JUSTICE

121317F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ARTHUR N. ASHBUOUWU, Appellant

No. 05-12-01317-CV        V.

TAMRAT CHERINET, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-03899-C.
Opinion delivered by Justice Lewis.  Chief Justice Wright and Justice FitzGerald participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TAMRAT CHERINET recover his costs of this appeal from appellant ARTHUR N. ASHBUOUWU.

Judgment entered this 22nd day of July, 2013.

/David Lewis/

DAVID LEWIS
JUSTICE

–3–